**Elta Hogan MATHERNE, Sidney Hogan and Joseph Hogan**

v.

**Irion J. BORDELON, Sr.**

**No. 47200.**

April 17, 1964.

In re: Irion J. Bordelon, Sr. applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 160 So.2d 844.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

162 So.2d 575

**Haven P. BONNETTE and Roy Ducote**

v.

**LOUISIANA STATE PENITENTIARY, Department of Institutions, the State of Louisiana.**

**No. 47205.**

April 17, 1964.

In re: Haven P. Bonnette and Roy Ducote applying for certiorari or writ of review to the Court of Appeal, First Circuit. 162 So.2d 21.

Writ refused. Since we find that the notice is sufficient the result reached is correct.

SANDERS, J., is of the opinion that the notice to employee is insufficient and that the writ should be granted.

HAWTHORNE, J., thinks the writ should be granted.

162 So.2d 575

**Mrs. Talita B. COX**

v.

**W. R. ALDRICH AND COMPANY, Inc.**

**No. 47183.**

April 17, 1964.

Court of Appeal, First Circuit. 162 So. 2d 18.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.